IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENOX MACLAREN SURGICAL CORPORATION, a Colorado corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MEDTRONIC INCORPORATED, a Minnesota corporation; MEDTRONIC SOFAMOR DANEK, INCORPORATED, an Indiana corporation; MEDTRONIC PS MEDICAL INCORPARTED, dba MEDTRONIC NEUROLOGIC TECHNOLOGIES, a California corporation; and MEDTRONIC SOFAMOR DANEK CO., LTD., a Japanese corporation,<br><br>　　　　Defendants.<br>_____/ | No. 12-80064 CW<br><br>ORDER OF REFERENCE TO MAGISTRATE JUDGE |

　　　Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion to quash subpoena, and **all further discovery motions** filed in the above-captioned case, are referred to a Magistrate Judge. Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 8/2/2012

　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　United States District Judge

cc:　MagRef